E-FILED on  9/17/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN MICHAEL LAUGHLIN,<br><br>    Plaintiff,<br><br>    v.<br><br>SIDNEY HOWARD MICKELL, et al.,<br><br>    Defendants. | No. C-09-01685 RMW<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS THE SECOND CLAIM FOR RELIEF OF THE FIRST AMENDED COMPLAINT<br><br>**[Re Docket No. 10]** |

    Defendants Ray Walsh and Aaron Gestl move to dismiss the second claim for relief of the First Amended Complaint under the Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788.2(c) for failure to state a claim upon which relief could be granted. Plaintiff John Michael Laughlin opposes the motion. Defendants' motion came on for hearing before the court on September 4, 2009. Having considered the papers submitted by the parties and the arguments of counsel, and for the reasons set forth at the hearing, the court denies the motion.

DATED:  9/17/09

_Ronald M Whyte_
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Fred W. Schwinn          fred.schwinn@sjconsumerlaw.com
Ronald Wilcox            ronaldwilcox@post.harvard.edu

**Counsel for Defendants:**

Mark Ewell Ellis         mellis@ecplslaw.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 9/17/09                                TER
                                                  **Chambers of Judge Whyte**