Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 9/30/09*

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOHN MICHAEL LAUGHLIN, ) | |
| ) | Case No.: C09-01685 RMW HRL |
| Plaintiff, ) | |
| ) | JOINT REQUEST TO CONTINUE CASE |
| v. ) | CASE MANAGEMENT CONFERENCE |
| ) | OF 10/2/09 and [] ORDER |
| SIDNEY HOWARD MICKELL, et al., ) | |
| ) | |
| Defendants. ) | |

The parties are attempting to resolve this matter, and have stipulated to mediate through the Court's Alternative Dispute Resolution Program (the parties filed a Stipulation and Proposed Order Selecting Mediation on September 11, 2009, Doc# 15).

The parties respectfully request the Court continue the October 2, 2009, Case Management Conference for approximately 90 days (preferably January 22, 2009), and enter an Order to mediate. The parties will conduct discovery in accordance with the F.R.C.P., and will serve initial disclosures by September 25, 2009.

Date: 9/23/09         /s/Ronald Wilcox
                      Ronald Wilcox, Attorney for Plaintiff

Date: 9/21/09         /s/Naisha Covarrubias
                      Naisha Covarrubias, Attorney for Defendants

1

**[] ORDER**

The stipulation of the parties is hereby adopted. The parties shall mediate this matter, and the Case Management Conference of October 2, 2009 is continued to January 8, 2010 @ 10:30 a.m. Joint Case Management Statement due January 4, 2010.

**IT IS SO ORDERED.**

Date: 9/30/09

*Ronald M. Whyte*
Ronald M. Whyte
U.S. DISTRICT COURT JUDGE