UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

LAUGHLIN,
        Plaintiff,

    v.

MICKELL, et al.,
        Defendants.
_____/

No. C09-1685 RMW MED

**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT'S INSURER REPRESENTATIVE AND APPROVING REQUEST FOR TELEPHONIC APPEARANCE FOR DEFENDANTS RAY WELSH AND AARON GESTL AT MEDIATION**

Date:    December 14, 2009
Mediator:  Sharon O'Grady

IT IS HEREBY ORDERED that the request for defendant Sidney Mickell's insurer to attend the mediation in this matter by phone is DENIED. The insurer representative shall personally attend December 14, 2009, mediation before Sharon O'Grady.

IT IS FURTHER ORDERED that the request for defendants Ray Welsh and Aaron Gestl to attend the mediation by phone is GRANTED. Mr. Welsh and Mr. Gestl shall be available to

////
////
////
////
////

participate by telephone at all times during the mediation, pursuant to ADR Local Rule 6-10.

IT IS SO ORDERED.

December 10, 2009     By: _____

Dated

Elizabeth D. Laporte
United States Magistrate Judge

C:\Documents and Settings\USDC\Local Settings\Temp\notes56FD74\Order re C09-1685 RMW (12-3-09).wpd

UNITED STATES DISTRICT COURT
For the Northern District of California