UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN MICHAEL LAUGHLIN,

       Plaintiff,

v.

SIDNEY HOWARD MICKELL, ET AL. et al,

       Defendant.

Case Number: CV09-01685 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sharon O'Grady
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105

Dated: December 10, 2009

                                    Richard W. Wieking, Clerk

                                    By: Lili M. Harrell, Deputy Clerk