Ronald Wilcox, Esq., 176601
2160 The Alameda, First Floor, Suite F
San Jose, CA 95126
Tel: (408) 296-0400
Fax: (408) 296-0486

*E-FILED - 1/6/10*

**ATTORNEY FOR PLAINTIFF**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOHN MICHAEL LAUGHLIN, | Case No.: C09-01685 RMW HRL |
| Plaintiff, | |
| v. | JOINT REQUEST TO CONTINUE CASE CASE MANAGEMENT CONFERENCE OF 1/8/2010 and [] ORDER |
| SIDNEY HOWARD MICKELL, et al., | |
| Defendants. | |

The parties are working together on discovery issues.

The parties respectfully request the Court continue the January 8, 2010, Case Management Conference for approximately thirty (30) days (preferably to February 12, 2010). The parties will be in a better position to address scheduling at that time.

12/23/09          /s/Ronald Wilcox
_____      _____
Date              Ronald Wilcox, Counsel for Plaintiff


12/23/09          /s/Naisha Covarrubias
_____      _____
Date              Naisha Covarrubias, Counsel for Defendants

1

**[] ORDER**

The stipulation of the parties is hereby adopted.  The Case Management Conference of January 8, 2010 is hereby continued to

February 12, 2010 @ 10:30 a.m.

**IT IS SO ORDERED.**

Date:   1/6/10

*Ronald M. Whyte*
Ronald M. Whyte
U.S. DISTRICT COURT JUDGE