Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

*E-FILED - 2/24/10*

Attorney for Plaintiff
JOHN MICHAEL LAUGHLIN

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JOHN MICHAEL LAUGHLIN,<br><br>                Plaintiff,<br>v.<br><br>SIDNEY HOWARD MICKELL, an individual; RAY WALSH, an individual; and AARON GESTL, an individual,<br><br>                Defendants. | Case No. C09-01685-RMW-HRL<br><br>**STIPULATION OF DISMISSAL AND [ ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOHN MICHAEL LAUGHLIN, and Defendants, SIDNEY HOWARD MICKELL, RAY WALSH and AARON GESTL, stipulate, and the Court hereby orders, as follows:

    1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOHN MICHAEL LAUGHLIN, against Defendants, SIDNEY HOWARD MICKELL, RAY WALSH and AARON GESTL, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

- 1 -
STIPULATION OF DISMISSAL AND ORDER            Case No. C09-01685-RMW-HRL

| | | |
|---|---|---|
| 1 | Dated: February 11, 2010 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | JOHN MICHAEL LAUGHLIN |
| 4 | | |
| 5 | Dated: February 11, 2010 | /s/ Mark E. Ellis |
| | | Mark E. Ellis, Esq. |
| 6 | | Attorney for Defendants |
| 7 | | SIDNEY HOWARD MICKELL, RAY WALSH and AARON GESTL |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: 2/24/10

*Ronald M. Whyte*
The Honorable Ronald M. Whyte
Judge of the District Court